Opinion issued April 11, 2002


 






 


 


 


In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00255-CR

____________


GARY ALLEN HUDEC, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from County Criminal Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 1063125






O P I N I O N

 Appellant was charged with Class A misdemeanor assault, and entered into
a plea bargain agreement with the State in which the State would recommend that
punishment be assessed at 90 days jail confinement. Appellant signed a written
waiver of his right to appeal if the trial court accepted the plea bargain agreement. 

 Appellant pleaded guilty, and the trial court followed the plea bargain
agreement in assessing punishment. Despite having waived the right to appeal,
appellant filed a notice of appeal. We hold the appeal must be dismissed. See Buck
v. State, 45 S.W.3d 275, 278 (Tex. App.--Houston [1st Dist.] 2001, no pet.); see also
Blanco v. State, 18 S.W.3d 218, 219-20 (Tex. Crim. App. 2000); Bushnell v. State,
975 S.W.2d 641, 642-44 (Tex. App.--Houston [14th Dist.] 1998, pet. ref'd); Littleton
v. State, 33 S.W.3d 41 (Tex. App.--Texarkana 2000, pet. ref'd).

 Accordingly, we order the appeal dismissed.

PER CURIAM

Panel consists of Justices Cohen, Nuchia, and Smith. (1)


Do not publish. Tex. R. App. P. 47.
1. The Honorable Jackson B. Smith, Jr., retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.